In the Matter of the Claim of KATHERINE PUSHKAROWITZ, Respondent, against A. & M. KRAMER et al., Appellants, and FUND FOR REOPENED CASES, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 5, 1950; decided January 12, 1950.

*Charles P. Barre* for appellants.

*Abraham Markhoff* for Katherine Pushkarowitz, respondent.

*Nathaniel L. Goldstein, Attorney-General* (*Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.